UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 1, 2013

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **DAVID JENKINS,** | : | **VIOLATIONS:  18 U.S.C. §111(a)(1)** |
| **also known as Ronald Pannell,** | : | **(Assaulting, Resisting, or Impeding** |
| **Defendant.** | : | **Certain Officers or Employees)** |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about December 30, 2013, within the District of Columbia, **DAVID JENKINS, also known as Ronald Pannell**, did unlawfully, knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with Deputy United States Marshal John Shindledecker, a person designated in section 1114 of Title 18, United States Code, while engaged in or on account of the performance of his official duties.

(**Assaulting, Resisting, or Impeding Certain Officers or Employees and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 111(a)(1))

**COUNT TWO**

On or about December 30, 2013, within the District of Columbia, **DAVID JENKINS, also known as Ronald Pannell**, did unlawfully, knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with Deputy United States Marshal John Hale, a person designated in section 1114 of Title 18, United States Code, while engaged in or on

account of the performance of his official duties.

    (**Assaulting, Resisting, or Impeding Certain Officers or Employees and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 111(a)(1))

### COUNT THREE

On or about December 30, 2013, within the District of Columbia, **DAVID JENKINS, also known as Ronald Pannell**, did unlawfully, knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with Deputy United States Marshal Travis Messinger, a person designated in section 1114 of Title 18, United States Code, while engaged in or on account of the performance of his official duties.

    (**Assaulting, Resisting, or Impeding Certain Officers or Employees and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 111(a)(1))

### COUNT FOUR

On or about December 30, 2013, within the District of Columbia, **DAVID JENKINS, also known as Ronald Pannell**, did unlawfully, knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with Deputy United States Marshal Aaron Ward, a person designated in section 1114 of Title 18, United States Code, while engaged in or on account of the performance of his official duties.

    (**Assaulting, Resisting, or Impeding Certain Officers or Employees and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 111(a)(1))

    A TRUE BILL:

    FOREPERSON.

Attorney of the United States in
and for the District of Columbia.