UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 14-CR-003 (KBJ) |
| | : | |
| v. | : | |
| | : | |
| DAVID JENKINS, | : | VIOLATION:  18 U.S.C. § 111(a)(1) |
| also known as Ronald Pannell, | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers or Employees) |
| Defendant. | : | |

# I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

On or about December 30, 2013, within the District of Columbia, **DAVID JENKINS**, also known as Ronald Pannell, did unlawfully, knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere causing injury by physical contact to Deputy United States Marshal John Shindledecker, a person designated in section 1114 of Title 18, United States Code, while engaged in or on account of the performance of his official duties.

(**Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of Title 18, United States Code, Sections 111(a)(1))

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney
D.C. Bar No. 447889

By:     _____/s/_____
EMORY V. COLE
Assistant United States Attorney
Violent Crime and Narcotics Trafficking Section
555 4th Street, NW, Suite 4213
Washington, DC 20530
(202) 252-7692
Emory.Cole@usdoj.gov